UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| **PERSONAL COMPUTER SYSTEMS, INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:11-CV-374 |
| ) | (Phillips) |
| **CENTRAL KNOX, INC.,** ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the motion to dismiss by defendant Central Knox, Inc. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendant's motion,

**IT IS ORDERED AND ADJUDGED** that the plaintiff Personal Computer Systems, Inc., take nothing, that the action be **DISMISSED WITH PREJUDICE** on the merits, and that the defendant recover of the plaintiff its costs of action.

Dated at Knoxville, Tennessee, this _____ day of March, 2012

ENTERED AS A JUDGMENT
s/ *Debra C. Poplin*
CLERK OF COURT

**ENTER:**
　s/ Thomas W. Phillips　
United States District Judge